

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00499-CV

In the Interest of **A.N.A.**, a Child

From the 150th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-PA-01683
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE BARNARD, AND JUSTICE MARTINEZ

In accordance with this court's memorandum opinion of this date, the trial court's termination order is AFFIRMED. The motion to withdraw filed by A.S.'s counsel is GRANTED.

SIGNED December 4, 2013.

Karen Angelini, Justice